IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

BRUCE ADDINGTON
DONNA ADDINGTON, and
ROBERT ADDINGTON

    Plaintiffs,

v.                                            Civil Action No. 2:12-cv-6404
                                            Honorable John T. Copenhaver, Jr.

RALEIGH MINE AND
INDUSTRIAL SUPPLY, INC. and
STIRL RICHARD SMITH,

    Defendants.

## AGREED ORDER GRANTING JOINT MOTION FOR TEMPORARY STAY

    Pending before the Court is a Joint Motion for Temporary Stay submitted by all parties. ~~Finding good cause shown,~~ the Court GRANTS the motion. The parties shall file a report with the Court no later than February 6, 2013 as to the status of settlement negotiations. If the parties agree that additional time is warranted to continue settlement negotiations, the parties will so advise the court in the filed report and request whatever additional time they deem necessary. If the parties cannot agree that additional time is warranted, the parties may either individually or jointly so advise the court in the filed report. Upon the filing of a report by any or all parties indicating that the parties cannot agree that additional time is warranted, the Court shall lift the stay granted herein and notice a Scheduling Conference.

    ENTERED THIS __7th__ DAY OF _____December_____, 2012.

                                                            */s/ John T. Copenhaver, Jr.*
                                                             Honorable John T. Copenhaver, Jr.

Agreed:

/s/ William E. Robinson
William E. Robinson (WV State Bar #3139)
John F. Hussell, IV (WV State Bar #6610)
Andrew L. Ellis (WV State Bar #10618)
Dinsmore & Shohl LLP
P.O. Box 11887
900 Lee Street, East, Suite 600
Charleston, WV 25339-1887
Telephone (304) 357-0900
Facsimile (304) 357-0919
*Counsel for Raleigh Mine and Industrial
Supply, Inc. and Stirl Richard Smith*


/s/ Robert B. Allen
Robert B. Allen (WV State Bar #0110)
James M. Sturgeon, Jr. (WV State Bar #3651)
Charles W. Pace, Jr. (WV State Bar #8076)
Kay Casto & Chaney PLLC
P.O. Box 2031
Charleston, WV 25327
Telephone (304)345-8900
Facsimile (304)345-8909
*Counsel for Plaintiffs*